UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MAZURE,<br><br>                 Plaintiff,<br><br>      v.<br><br>REMINGTON ARMS COMPANY, INC.; REMINGTON OUTDOOR COMPANY, INC.; VISTA OUTDOOR, INC.; ROUNDHILL GROUP; BERETTA U.S.A. CORP.; SAKO, LTD.; GANDER MOUNTAIN, INC.; GANDER OUTDOORS, INC.; GANDER RV; DICKS SPORTING GOODS, INC.; JOHN DOES 1-10; JANE DOES 1-10; ABC CORPS 1-10<br><br>                 Defendants. | Case No.:  2:22-cv-2854<br><br>Motion Returnable: June 21, 2022<br><br>**NOTICE OF DEFENDANT VISTA OUTDOOR, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

TO:    Peter J. De Frank, Esq.
         **DE FRANK LAW GROUP, LLC**
         50 Packanack Lake Road
         Wayne, NJ 07470

         *Counsel for Plaintiff*

         **PLEASE TAKE NOTICE THAT** on June 21, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Vista Outdoor, Inc. ("Vista") shall move before the Honorable William J. Martini, U.S.D.J., at the Federal District Court for the District of New Jersey located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom MLK 4B, Newark, NJ 07101, for an Order (1) granting Vista's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2), Fed. R. Civ. P. 12(b)(6), and Fed. R. Civ. P. 8; (2) dismissing Plaintiff's Complaint; and (3) awarding Vista such other and further relief as the Court may deem just and proper.

         **PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Vista shall rely on its Memorandum of Law, all prior pleadings and filings in this action, and the Certification of John

C. Scalzo, Esq., with exhibit, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Vista's Motion is enclosed herewith.

Dated: May 23, 2022

Respectfully submitted,

VISTA OUTDOOR, INC.

By Counsel

/s/ *John C. Scalzo*

John C. Scalzo
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 549-0219
Facsimile: (212) 521-5450
jscalzo@reedsmith.com

Karlin E. Sangdahl (*pro hac vice* forthcoming)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
ksangdahl@reedsmith.com

*Counsel for Defendant Vista Outdoor, Inc.*