UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MAZURE,<br><br>   Plaintiff,<br><br>  v.<br><br>REMINGTON ARMS COMPANY, INC.; REMINGTON OUTDOOR COMPANY, INC.; VISTA OUTDOOR, INC.; ROUNDHILL GROUP; BERETTA U.S.A. CORP.; SAKO, LTD.; GANDER MOUNTAIN, INC.; GANDER OUTDOORS, INC.; GANDER RV; DICKS SPORTING GOODS, INC.; JOHN DOES 1-10; JANE DOES 1-10; ABC CORPS 1-10<br><br>   Defendants. | Case No.: 2:22-cv-2854<br><br>**CERTIFICATION OF JOHN C. SCALZO, ESQ. IN SUPPORT OF VISTA OUTDOOR, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

JOHN SCALZO, of full age, hereby certifies as follows:

1. I am an attorney licensed to practice in the State and District Courts of New Jersey, and a partner with the law firm of Reed Smith LLP, attorneys for Defendant Vista Outdoor, Inc. ("Vista") in this matter.

2. I have personal knowledge of the facts set forth herein.

3. I make this Certification in support of Defendant Vista's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(2), 12(b)(6), and 8.

4. A true and correct copy of the United States Bankruptcy Court for the Northern District of Alabama's September 30, 2020 Order entered in the case captioned *In re Remington Outdoor Company, Inc., et al.*, Case No. 20-81688-CRJ11 is attached hereto as **Exhibit 1**.

- 2 -

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 23, 2022

/s/ *John C. Scalzo*
John C. Scalzo, Esq.