UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MAZURE,<br><br>    Plaintiff,<br><br>  v.<br><br>REMINGTON ARMS COMPANY, INC.; REMINGTON OUTDOOR COMPANY, INC.; VISTA OUTDOOR, INC.; ROUNDHILL GROUP; BERETTA U.S.A. CORP.; SAKO, LTD.; GANDER MOUNTAIN, INC.; GANDER OUTDOORS, INC.; GANDER RV; DICKS SPORTING GOODS, INC., INC.; JOHN DOES 1-10; JANE DOES 1-10; ABC CORPS 1-10<br><br>    Defendants. | Case No.: 2:22-cv-2854<br><br>Motion Returnable: June 21, 2022<br><br>**CERTIFICATION OF SERVICE** |

  I hereby certify that on this date, I caused to be filed, via electronic filing, the following documents with the United States District Court for the District of New Jersey:

  1. Notice of Defendant Vista Outdoor, Inc.'s Motion to Dismiss Plaintiff's Complaint;

  2. Defendant Vista Outdoor, Inc.'s Memorandum of Law In Support of its Motion to Dismiss Plaintiff's Complaint;

  3. Certification of John C. Scalzo in Support of Vista Outdoor, Inc.'s Motion to Dismiss;

  4. Proposed Order; and

  5. Certification of Service

  I hereby further certify that on this date, I caused copies of the foregoing to be served via ECF and email on:

Peter J. De Frank, Esq.
**DE FRANK LAW GROUP, LLC**
50 Packanack Lake Road
Wayne, NJ 07470

*Counsel for Plaintiff*

- 2 -

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Dated: May 23, 2022

Respectfully submitted,

VISTA OUTDOOR, INC.

By Counsel

/s/ *John C. Scalzo*

John C. Scalzo
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 549-0219
Facsimile: (212) 521-5450
jscalzo@reedsmith.com

*Counsel for Defendant Vista Outdoor, Inc.*