UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MAZURE,<br><br>                    Plaintiff,<br><br>        v.<br><br>REMINGTON ARMS COMPANY, INC.;<br>REMINGTON OUTDOOR COMPANY, INC.;<br>VISTA OUTDOOR, INC.; ROUNDHILL<br>GROUP; BERETTA U.S.A. CORP.; SAKO,<br>LTD.; GANDER MOUNTAIN, INC.; GANDER<br>OUTDOORS, INC.; GANDER RV; DICKS<br>SPORTING GOODS, INC.; JOHN DOES 1-10;<br>JANE DOES 1-10; ABC CORPS 1-10<br><br>                    Defendants. | Case No.: 2:22-cv-2854<br><br><br>**ORDER GRANTING DEFENDANT VISTA OUTDOOR, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**THIS MATTER** having been opened to the Court by Reed Smith LLP, attorneys for Defendant Vista Outdoor, Inc. ("Vista"), on a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6), and Fed. R. Civ. P. 8, and the Court having reviewed the moving and responding papers and the arguments of counsel, and for good cause shown:

   **IT IS THIS _____ DAY OF _____, 2022, ORDERED:**

   1.   Vista Outdoor, Inc.'s Motion to Dismiss Plaintiff's Complaint shall be and hereby is GRANTED; and

   2.   Plaintiff's claims against Vista Outdoor, Inc. are hereby **DISMISSED WITH PREJUDICE**; and

   3.   Counsel for Vista shall serve a copy of this Order upon all parties within seven (7) days of its receipt thereof.

- 2 -

_____

HON. WILLIAM J. MARTINI, U.S.D.J.

- 2 -