UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MAZURE,<br><br>                    Plaintiff,<br><br>         v.<br><br>REMINGTON ARMS COMPANY, INC.; REMINGTON OUTDOOR COMPANY, INC.; VISTA OUTDOOR, INC.; ROUNDHILL GROUP; BERETTA U.S.A. CORP.; SAKO, LTD.; GANDER MOUNTAIN, INC.; GANDER OUTDOORS, INC.; GANDER RV; DICKS SPORTING GOODS, INC.; JOHN DOES 1-10; JANE DOES 1-10; ABC CORPS 1-10<br><br>                    Defendants. | Case No.:  2:22-cv-2854 |

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Michael Mazure ("Plaintiff") and Defendant Vista Outdoor, Inc. ("Vista") stipulate and agree that Plaintiff's claims against Vista are voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 7, 2022

**DE FRANK LAW GROUP, LLC**

By: /s/ *Peter J. De Frank, Esq.*
Peter J. De Frank
50 Packanack Lake Road
Wayne, New Jersey 07470
Tel: (973) 696-1900
Email: pdefrank@defranklawgroup.com

*Counsel for Plaintiff Michael Mazure*

Respectfully submitted,

**REED SMITH LLP**

By: */s/ John C. Scalzo, Esq.*
John C. Scalzo
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel: (212) 521-5400
Email: jscalzo@reedsmith.com

*Counsel for Defendant Vista Outdoor, Inc.*