**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

September 28, 2023

**LETTER ORDER**

Re:   **Mazure v. Remington Arms Company, Inc., et al.**
         **Civil Action No. 22-2854 (WJM)**

Dear Counsel,

In light of the Notice filed by Defendants Remington Arms Company, LLC and Remington Outdoor Company, Inc. (collectively "Remington") advising the Court that Remington petitioned for bankruptcy relief in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Cases") [*see* Dkt. No. 54], this case and all pending motions are hereby **STAYED and ADMINISTRATIVELY TERMINATED** pending resolution of the Bankruptcy Cases. The parties may move to reinstate this matter at the appropriate juncture.

   **IT IS SO ORDERED.**

                                                                              s/ James B. Clark, III
                                                                  **JAMES B. CLARK, III**
                                                                  **United States Magistrate Judge**